■ NATALIE M. BARNHARD, Respondent, v CYBEX INTERNATIONAL, INC., Appellant/Third-Party Plaintiff-Appellant. AMHERST ORTHOPEDIC PHYSICAL THERAPY, P.C., Third-Party Defendant-Respondent. (Appeal No. 2.) [932 NYS2d 751]—

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Carni, Lindley, Sconiers and Green, JJ.